**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Prywon Bettis,  Civ. No. 12-2106 (MJD/JJK)

        Plaintiff,

v.

The City of Minneapolis, Karl Sauskojus, Minneapolis Police Officer (individually and in his official capacity), and Joshua Metcalf (individual and in his official capacity,   **ORDER AMENDING PRETRIAL SCHEDULING ORDER**

        Defendants.

On June 20, 2013, the parties filed a Joint Stipulation to Extend Discovery and Amend Scheduling Order. (Doc. No. 8.) Based on the Joint Stipulation, and on all the files and proceedings herein, the Court finds that there is good cause to amend the Pretrial Scheduling Order. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The following paragraphs and deadlines in the October 25, 2012 Pretrial Scheduling Order (Doc. No. 8), are amended as follows:

        **DISCOVERY DEADLINES AND LIMITS**

        3.    Fact discovery shall be <u>commenced in time to be completed</u> on or before **October 25, 2013**.

        6.    Non-dispositive motions and supporting documents, including those which relate to fact discovery, shall be filed and served on or before **October 25, 2013**.

7.  Each side may call up to **3** expert witnesses. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a.  Identities by Plaintiff on or before **April 19, 2013**. Reports by Plaintiff on or before **May 31, 2013**.

    b.  Identities by Defendant on or before **June 14, 2013**.
    Reports by Defendant on or before **September 27, 2013**.

8.  Each side may take one deposition per expert. Expert discovery, including depositions, shall be completed by **October 25, 2013**. All non-dispositive motions and supporting documents which relate to expert discovery shall be filed and served on or before **October 25, 2013**.

2.  All other terms of the Pretrial Scheduling Order (Doc. No. 8) remain in full force and effect.

Date: June 21, 2013

          *s/ Jeffrey J. Keyes*
          JEFFREY J. KEYES
          United States Magistrate Judge